No. 71–1375.   CITY OF HICKORY HILLS *v.* VILLAGE OF BRIDGEVIEW ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 71–1385.   SPAGAT ET AL. *v.* MAHIN, DIRECTOR OF REVENUE OF ILLINOIS, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 71–1388.   GRIVETTI ET AL. *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS; and

No. 71–1389.   PARTEE ET AL. *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied. Reported below: 50 Ill. 2d 156, 277 N. E. 2d 881.

No. 71–1415.   ROSS *v.* TAIT.   Sup. Ct. Mich.   Certiorari denied.

No. 71–1420.   TEPERICH *v.* NORTH JUDSON-SAN PIERRE HIGH SCHOOL BUILDING CORP. ET AL.   Sup. Ct. Ind.   Certiorari denied.

No. 71–1466.   GORSALITZ *v.* OLIN MATHIESON CHEMICAL CORP.   C. A. 5th Cir.   Certiorari denied.

No. 71–5611.   WALSH ET AL. *v.* PICARD, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.

No. 71–6074.   RAY *v.* BRIERLEY, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 71–6167.   HATTON *v.* SMITH, WARDEN.   Sup. Ct. Ga.   Certiorari denied.

No. 71–6190.   TROXELL *v.* CARDWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.